No. 1004.—LEVY & DIETER *v.* THE PONTCHARTRAIN RAILROAD
COMPANY.

If a railroad company undertakes the transportation of cotton, with the special exception
of liability on account of loss by fire, and the cotton is destroyed by fire while on the
route, and it be shown that the loss was not attributable to the fault of the company, then
and in that case the owner can not recover the damages from the company which the
loss of the cotton has caused him.

APPEAL from the Fourth District Court, parish of Orleans. *Théard,* J.
*Bradford, Lea & Finney,* for plaintiffs and appellants. *W. H. Hant,*
for defendant and appellee.

LUDELING, C. J.  The plaintiffs sue the defendant for the sum of
$5250, and interest from eleventh November, 1865, the alleged value
of thirty-five bales of cotton destroyed by fire while being transported
by defendant from Lake Pontchartrain to New Orleans.

The bills of lading show that the parties expressly excepted the
carriers from liability on account of loss by fire, and the evidence in
the record proves that the loss was not attributable to the fault of the
defendant.  7 An. 235, Oakey & Hawkins *v.* Gordon, and New Orleans
Mutual Insurance Company *v.* Jackson Railroad Company, 20 An. 303.

It is therefore ordered that the judgment of the lower court be
affirmed, with costs of appeal.